UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00458-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. ARTURO VASQUEZ-HERNANDEZ,**
**a/k/a Angelberto Vazquez-Hernandez,**
**a/k/a Arturo Vasquez,**

    Defendant.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Tuesday, January 15, 2008,** and responses to these motions shall be filed by **Tuesday, January 29, 2008.** It is

FURTHER ORDERED that counsel will request a hearing on all pending motions and final trial preparation conference, if necessary, at a later date. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, February 11, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: December 12, 2007

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge