IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00458-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARTURO VASQUEZ-HERNANDEZ, a/k/a Angelberto Vazquez-Hernandez, a/k/a Arturo Vasquez,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same, it is hereby

ORDERED that the defendant be granted an additional one-level decrease in the offense level.

Dated this 30th day of October, 2008.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL
                              UNITED STATES DISTRICT CHIEF JUDGE